IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES OWENS, Inmate #K83253,         )
                                      )
          Plaintiff,                )
                                      )
vs.                                   )   Case No. 14-1093-MJR-SCW
                                      )
WARDEN STEPHEN DUNCAN, et al,         )
                                      )
          Defendants.               )

### MEMORANDUM AND ORDER

WILLIAMS, Magistrate Judge:

This action is before the Court on Plaintiff's Response (Doc. 14) to the Court's Order dated December 19, 2014, which ordered Plaintiff to provide further information so that Defendant Corkfeter could be served. In his Response, Plaintiff states that Defendant Corkfeter was in the Resident Housing Unit 1 central bubble on January 23, 2014 at approximately 9:30-10:00 a.m. when the wing was called out for lunch.

**IT IS HEREBY ORDERED** that Lawrence Correctional Center shall, within **21 days** of this Order, provide the Clerk with the name and contact information for Defendant Corkfeter using the above information provided by Plaintiff. This information shall be used by the Clerk only for effecting service on defendant. Any documentation of the addresses shall not be maintained in the court file or otherwise disclosed by the Clerk.

    IT IS SO ORDERED.

    DATED: January 30, 2015

                                    s/ STEPHEN C. WILLIAMS
                                    United States Magistrate Judge