IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES OWENS | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 14-cv-1093-SCW |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN NICHOLAS LAMB, | ) | |
| NURSE PRACTITIONER BURCHES, | ) | |
| JOHN COE, | ) | |
| CO CORKFETER, | ) | |
| TONY KITTLE, | ) | |
| PHILLIPE, | ) | |
| JOHN DOE #1, JOHN DOE #2, | ) | |
| JOHN DOE #3, JOHN DOE #4 | ) | |
| ROXANNE MCDONALD, | ) | |
| CHAD RAY, | ) | |
| DANA DARNOLD, | ) | |
| TOBEY RICE, | ) | |
| WEXFORD HEALTH CARE | ) | |
| SOURCES, INC. | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

# JUDGMENT IN A CIVIL ACTION

Defendants Nurse Practitioner Burches was dismissed with prejudice and John Coe were dismissed without prejudice on November 6, 2014, by an Order entered by Chief Judge Michael J. Reagan (Doc. 5).

Defendant CO Corkfeter was substituted on April 7, 2015 by an Order entered by Magistrate Judge Stephen Williams (Doc.26).

Defendants John Doe #1, John Doe #3 and John Doe #4 were substituted on November 2, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 49).

Defendant Tony Kittle was granted summary judgment on December 9, 2015 by an Order entered by Chief Judge Michael J. Reagan (Doc.62).

Defendant John Doe #2 was dismissed and Defendants Roxanne McDonald, Chad Ray, Dana Darnold and Tobey Rice, were granted summary judgment on January 12, 2017 by an Order entered by Chief Judge Michael J. Reagan (Doc. 100).

Defendant Warden Nicholas Lamb was dismissed without prejudice on August 4, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 125).

Defendant Phillipe was substituted on August 23, 2017 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 131) .

The remaining claims have been settled pursuant to the Order dated August 7, 2017 by Magistrate Judge Stephen C. Williams (Doc. 127).

**THEREFORE, j**udgment is entered in favor of Defendants **NURSE PRACTITIONER BURCHES, JON DOE #2, ROXANNE MCDONALD, CHAD RAY, DANA DARNOLD,** and **TOBEY RICE** and against Plaintiff **JAMES OWENS**.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

Dated: November 14, 2017

JUSTINE FLANAGAN, Acting Clerk of Court
*s/ Angie Vehlewald*
Deputy Clerk

Approved: *s//Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge